JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ANTHONY LONGO, individually and derivatively on behalf of TODOS SANTOS SURF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VINCENT LONGO, an individual; FUTURE FIN SYSTEMS PTY LTD, an Australian entity; et al.,<br><br>Defendants.<br>_____<br>TODOS SANTOS SURF, INC., a California Corporation, Nominal Defendant. | Case No. SA CV 20-00829-AB (RAOx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

11
12
13
14
15
16
17
18
19

The Court has been advised that this action has been settled. The Court commends the parties for resolving this action and appreciates the prompt notice.

The Court **ORDERS** that this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **14 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates are **VACATED**.

Dated:  April 5, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26
27
28